| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:03-CR-241 |
| | § | |
| CHARLES EDWARD ROBINSON, JR. | § | |

### MEMORANDUM ORDER OVERRULING DEFENDANT'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Charles Edward Robinson, Jr., a federal prisoner, proceeding *pro se*, brought this Motion to Correct Sentence pursuant to 18 U.S.C. § 3582 (#21).

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Defendant filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes Defendant's objections are without merit.

### ORDER

Accordingly, Defendant's objections are **OVERRULED**. The findings of fact and conclusion of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Correct Sentence pursuant to 18 U.S.C. § 3582 is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of August, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE